Ervin MIDDLETON, Plaintiff-Appellant,

v.

CARRINGTON MORTGAGE SERVICES, LLC, a Delaware Limited Liability Company; Atlantic Law Group, LLC, a Delaware Limited Liability Company; Does 1-100, Defendants-Appellees.

No. 16-2112

United States Court of Appeals, Fourth Circuit.

Submitted: January 17, 2017

Decided: January 19, 2017

Ervin Middleton, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ervin Middleton appeals the district court's order dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Middleton v. Carrington Mortg. Servs., LLC, No. 1:16-cv-01084-LMB-MSN (E.D. Va. Aug. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED